■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODIL SOTO, Appellant. [922 NYS2d 219]—Appeal by the defend-

ant, as limited by his motion, from a sentence of the County Court, Suffolk County (J. Doyle, J.), imposed February 6, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Covello, J.P., Eng, Lott and Miller, JJ., concur.